IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

FEB 1 6 2006

GREGORY C. LANGHAM
                CLERK

Civil Action No. 06 - CV - 00267-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

SHANE BURDEN,

    Plaintiff,

v.

RICE LAW FIRM, al..et.. (sic), and
FEDRAL (sic) JUDGE P. COAN,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a document titled "SEC 28 USC 1746 Motion Afadavid (sic) (Purgruy (sic))". He has failed either to pay the $250.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  _X_  other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) _X_  is not submitted
(11) ___  is not on proper form (must use the court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___  names in caption do not match names in text
(18) ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 14th day of February, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **06-cv-00267**-BNB

Shane Burden
Prisoner No. 62763
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 2-16-06

GREGORY C. LANGHAM, CLERK

By: /s/
    Deputy Clerk